# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1461**　　　　　　　　　　　　　　September Term, 2015

FCC-80FR79136

**Filed On:** April 18, 2016

Global Tel*Link,
　　　　Petitioner

　　　v.

Federal Communications Commission and
United States of America,
　　　　Respondents
------------------------------
Centurylink Public Communications, Inc., et al.,
　　　　Intervenors
------------------------------
Consolidated with 15-1498, 16-1012, 16-1029, 16-1038, 16-1046, 16-1057

　　　　**BEFORE:**　　Tatel, Brown, and Pillard, Circuit Judges

## O R D E R

　　Upon consideration of the joint proposed briefing format and schedule, it is

　　**ORDERED** that the following briefing format and schedule will apply in these cases:

| | |
|---|---|
| Brief of ICS Carrier Petitioners and Supporting Intervenors (not to exceed 15,500 words, 1,500 of which shall be allotted to an independent brief for Securus Technologies) | June 6, 2016 |
| Brief of State and Local Government Petitioners and Supporting Intervenors (not to exceed 14,000 words) | June 6, 2016 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1461**                                    **September Term, 2015**

| | |
|---|---|
| Respondents' Brief<br>(not to exceed 18,500 words) | August 5, 2016 |
| Brief of Intervenor Network Communications International Corp. in Support of Respondents<br>(not to exceed 3,500 words) | August 22, 2016 |
| Brief of Remaining Intervenors in Support of Respondents<br>(not to exceed 7,500 words) | August 22, 2016 |
| Reply Brief of ICS Carrier Petitioners and Supporting Intervenors<br>(not to exceed 7,750 words, 750 of which shall be allotted to an independent brief for Securus Technologies) | September 21, 2016 |
| Reply Brief of State and Local Government Petitioners and Supporting Intervenors<br>(not to exceed 7,000 words) | September 21, 2016 |
| Deferred Joint Appendix | September 28, 2016 |
| Final Briefs | October 5, 2016 |

　　The Clerk is directed to calendar this case for oral argument on the first appropriate date following the completion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

　　All issues and arguments must be raised by petitioners in the opening briefs. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1461**                                            **September Term, 2015**

The court reminds the parties that,

> in cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

     To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Procedures 41 (2016); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

     Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**