## In the
## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GLOBAL TEL*LINK, *et al.* ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| v. ) | No. 15-1461 (and |
| ) | consolidated cases) |
| FEDERAL COMMUNICATIONS ) | |
| COMMISSION and UNITED STATES ) | |
| OF AMERICA ) | |
| *Respondents*. ) | |

## NOTICE OF WITHDRAWAL OF
## APPEARANCE OF COUNSEL

Intervenor Wright Petitioners hereby request the Court withdraw the appearance of Eric G. Null as counsel in the above-captioned matter. Intervenor Wright Petitioners will continue to be represented by Andrew Jay Schwartzman, who should continue to receive all pleadings in this case.

Respectfully submitted,

/s/

Date: May 11, 2016

Eric G. Null
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, DC 20001

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2016, a copy of the foregoing Notice of Withdrawal of Appearance of Counsel was electronically filed with the Clerk of the Court using CM/ECF and was served on counsel of record who have registered for such services.

/s/
Eric G. Null
Institute for Public Representation